N RE: Debtor Name § CASE NO. XX-XXXXX

## CHAPTER 13 MONTHLY OPERATING REPORT FOR MONTH YEAR

rt A:

Gross Income for 12 Months Prior to Filing.................................................................... $ _____

rt B:

Gross Income for Month ................................................................................................ $ _6,089.73_

tual Monthly Expenses

Net Employee Payroll (Other than Debtor)..................................................................... $ _967.12_
Payroll Taxes................................................................................................................. $ _0_
Unemployment Taxes..................................................................................................... $ _0_
Workers Compensation.................................................................................................. $ _0_
Other Taxes.................................................................................................................... $ _0_
Inventory Purchases (including raw materials):............................................................. $ _578.75_
Purchase of Feed/Fertilizer/Seed/Spray......................................................................... $ _754.56_
Rent............................................................................................................................... $ _108_
Utilities.......................................................................................................................... $ _0_
Office Expense and Supplies.......................................................................................... $ _98.46_
Repairs and Maintenance............................................................................................... $ _689.21_
Vehicle Expense............................................................................................................ $ _1,273.27_
Travel and Entertainment............................................................................................... $ _____
Equipment Rental and Leases........................................................................................ $ _168.55_
Legal/Accounting/Other Professional Fees................................................................... $ _____
Insurance:...................................................................................................................... $ _92.03_
Employee Benefits (pension, medical, etc.).................................................................. $ _____

Payments to be made directly by the debtor to Secured Creditors by name:

(Name)_____(monthly payment)                              $ _____
(Name)_____(monthly payment)                              $ _____
(Name)_____(monthly payment)                              $ _____
(Name)_____(monthly payment)                              $ _____

Other (Specify) _____                                     $ _____
Other (Specify) _____                                     $ _____
Other (Specify) _____                                     $ _____
Other (Specify) _____                                     $ _____

Total Monthly Expenses ................................................................................................ $ _4,729.95_
Monthly Profit or (Loss)................................................................................................. $ _1,359.78_

CHAPTER 13 MONTHLY OPERATING REPORT

# Business Checking
PNC Bank


PNC BANK

**For the period 04/30/2016 to 05/31/2016**

003707


VITKO'S LAWN SERVICE LLC
210 RIDGEWOOD RD
EASTON PA 18045-2517

Primary account number: 90-1510-0216
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Checking Summary
Account number: 90-1510-0216                                           Vitko's Lawn Service Llc
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 8,820.71 | 6,089.73 | 6,706.91 | 8,203.53 |
| | | | Average ledger balance | Average collected balance |
| | | | 9,189.60 | 9,074.26 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 7 | 6,089.73 |
| Total | 7 | 6,089.73 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 11 | 6,704.91 |
| Service Charges and Fees | 1 | 2.00 |
| Total | 12 | 6,706.91 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 04/30 | 8,820.71 | 05/13 | 8,622.57 | 05/19 | 13,133.44 |
| 05/02 | 8,548.29 | 05/16 | 10,456.57 | 05/23 | 8,803.53 |
| 05/04 | 8,348.29 | 05/17 | 10,006.57 | 05/24 | 8,603.53 |
| 05/09 | 8,145.07 | 05/18 | 10,911.31 | 05/26 | 8,203.53 |

# Business Checking

For the period **04/30/2016 to 05/31/2016**

For 24-hour account information, sign on to pnc.com/mybusiness/

VITKO'S LAWN SERVICE LLC
Primary account number: 90-1510-0216

Business Checking Account number: 90-1510-0216 - continued

Page 2 of 3

## Activity Detail

### Deposits and Other Additions

**Deposits**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/02 | 129.58 | Deposit | 047614287 |
| 05/09 | 209.08 | Deposit | 046553373 |
| 05/09 | 512.70 | Deposit | 046553376 |
| 05/13 | 477.50 | Deposit | 048579587 |
| 05/16 | 1,834.00 | Deposit | 049659935 |
| 05/18 | 904.74 | Deposit | 048891918 |
| 05/19 | 2,222.13 | Deposit | 050146456 |

### Checks and Other Deductions

**Checks and Substitute Checks**      * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | 05/04 | 1075 | 200.00 | 086877353 | 05/26 | 1079 | 12.00 | 085496142 |
| 05/09 | 1055 | 725.00 | 086054518 | 05/17 | 1076 | 450.00 | 085687141 | 05/26 | 1080 | 12.00 | 085496143 |
| 05/23 | 1070 * | 80.00 | 085218971 | 05/24 | 1077 | 200.00 | 088461285 | 05/26 | 1081 | 164.00 | 085495452 |
| 05/02 | 1074 * | 400.00 | 084927650 | 05/23 | 1078 | 4,249.91 | 086525338 | 05/26 | 1082 | 212.00 | 085495448 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/02 | 2.00 | Service Charge Period Ending 04/29/2016 | |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 06/01/2016 and will appear on your next statement as a single line item entitled Service Charge Period Ending 05/31/2016.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Paper Statement Fee | 1 | 2.00 | |
| ~~Combined Transactions~~ | ~~32~~ | ~~.00~~ | ~~Included in Account~~ |
| Checks Paid | 11 | .00 | Included in Account |
| Deposited Item - Consolidated | 14 | .00 | Included in Account |
| Deposit Tickets Processed | 7 | .00 | Included in Account |
| Total For Services Used This Period | | 2.00 | |
| Total Service Charge | | 2.00 | |