V. Tko  June 2016

IN RE: Debtor Name          §          CASE NO. XX-XXXXX

## CHAPTER 13 MONTHLY OPERATING REPORT FOR MONTH YEAR

Part A:

1. Gross Income for 12 Months Prior to Filing............................................. $ _____

Part B:

2. Gross Income for Month ............................................................... $ 12,019.86

Actual Monthly Expenses

3. Net Employee Payroll (Other than Debtor)......................................... $ 0
4. Payroll Taxes: ........................................................................ $ 0
5. Unemployment Taxes................................................................ $ 0
6. Workers Compensation.............................................................. $ 0
7. Other Taxes........................................................................... $ 0
8. Inventory Purchases (including raw materials):................................... $ 1,890.87
9. Purchase of Feed/Fertilizer/Seed/Spray............................................ $ 196.36
10. Rent................................................................................... $ 108
11. Utilities............................................................................... $ 0
12. Office Expense and Supplies....................................................... $ 56.41
13. Repairs and Maintenance .......................................................... $ 435.26
14. Vehicle Expense..................................................................... $ 1,383.70
15. Travel and Entertainment........................................................... $ 0
16. Equipment Rental and Leases..................................................... $ 168.55
17. Legal/Accounting/Other Professional Fees...................................... $ _____
18. Insurance: ........................................................................... $ 92.03
19. Employee Benefits (pension, medical, etc.)..................................... $ 0
20. Payments to be made directly by the debtor to Secured Creditors by name:

    (Name)_____(monthly payment)                  $ _____
    (Name)_____(monthly payment)                  $ _____
    (Name)_____(monthly payment)                  $ _____
    (Name)_____(monthly payment)                  $ _____

21. Other (Specify) _____ ...................................          $ _____
    Other (Specify) _____ ...................................          $ _____
    Other (Specify) _____ ...................................          $ _____
    Other (Specify) _____ ...................................          $ _____

22. Total Monthly Expenses ........................................................... $ 4,331.18
23. Monthly Profit or (Loss) .......................................................... $ 7,688.68

**Business Checking**

Bank

**PNC BANK**

**For the period 06/01/2016 to 06/30/2016**

006251



VITKO'S LAWN SERVICE LLC
210 RIDGEWOOD RD
EASTON PA 18045-2517

Primary account number: 90-1510-0216
Page 1 of 4
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Checking Summary

Vitko's Lawn Service Llc

Account number: 90-1510-0216

Overdraft Protection has not been established for this account. Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 8,203.53 | 12,019.86 | 7,173.30 | 13,050.09 |
| | | Average ledger balance | Average collected balance |
| | | 12,523.36 | 12,356.46 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 9 | 12,019.86 |
| Total | 9 | 12,019.86 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 12 | 6,753.86 |
| ACH Deductions | 1 | 397.45 |
| Service Charges and Fees | 2 | 21.99 |
| Total | 15 | 7,173.30 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/01 | 8,201.53 | 06/07 | 11,333.34 | 06/20 | 16,625.88 |
| 06/02 | 7,691.34 | 06/08 | 12,273.82 | 06/23 | 12,736.49 |
| 06/03 | 8,411.07 | 06/13 | 12,865.98 | 06/29 | 13,050.09 |
| 06/06 | 11,790.27 | 06/16 | 14,771.84 | | |



For 24-hour account information, sign on to pnc.com/mybusiness/

For the period 06/01/2016 to 06/30/2016
VITKO'S LAWN SERVICE LLC
Primary account number: 90-1510-0216

Business Checking Account number: 90-1510-0216 - continued
Page 2 of 4

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/03 | 1,117.18 | Deposit | |
| 06/06 | 3,379.20 | Deposit | 054769566 |
| 06/08 | 940.48 | Deposit | 043497429 |
| 06/13 | 592.16 | Deposit | 053507858 |
| 06/16 | 2,835.86 | Deposit | 052812056 |
| 06/20 | 2,088.20 | Deposit | 051857528 |
| 06/20 | 312.70 | Deposit | 046525956 |
| 06/23 | 440.48 | Deposit | 046525959 |
| 06/29 | 313.60 | Deposit | 046945165 |
| | | | 051968265 |

### Checks and Other Deductions

#### Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/02 | 1083 | 510.19 | 085672128 | 06/23 | 1088 | 30.00 | 083463702 | 06/23 | 1094 * | 200.00 | 083464784 |
| 06/07 | 1084 | 456.93 | 085218836 | 06/16 | 1089 | 390.00 | 083331636 | 06/20 | 1096 * | 110.00 | 085040752 |
| 06/16 | 1086 * | 75.00 | 088017491 | 06/16 | 1090 | 75.00 | 083017490 | 06/23 | 1097 | 4,049.88 | 083718400 |
| 06/16 | 1087 | 390.00 | 083331695 | 06/23 | 1091 | 30.00 | 083468701 | | | | |
| | | | | 06/20 | 1092 | 436.86 | 085770008 | | | | |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/03 | 397.45 | Payment, E-Check Payment Verizon Wireless 1085 | 000161540098780055 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/01 | 2.00 | Service Charge Period Ending 05/31/2016 | |
| 06/23 | 19.99 | Check Printing Fee | 000161740069778673 |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 07/01/2016 and will appear on your next statement as a single line item entitled Service Charge Period Ending 06/30/2016.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Paper Statement Fee | 1 | 2.00 | |
| Combined Transactions | 39 | .00 | Included in Account |
| ACH Debits | 1 | .00 | Included in Account |
| Checks Paid | 12 | .00 | Included in Account |

Details of Service continued on next page