July 2016

IN RE: Debtor Name                §                CASE NO. XX-XXXXX

## CHAPTER 13 MONTHLY OPERATING REPORT FOR MONTH YEAR

Part A:

1. Gross Income for 12 Months Prior to Filing................................... $ _____

Part B:

2. Gross Income for Month ................................................................. $ 5,819.60

Actual Monthly Expenses

3. Net Employee Payroll (Other than Debtor)..................................... $ 0
4. Payroll Taxes:.................................................................................. $ 0
5. Unemployment Taxes...................................................................... $ 0
6. Workers Compensation................................................................... $ 0
7. Other Taxes..................................................................................... $ 0
8. Inventory Purchases (including raw materials):.............................. $ 152.40
9. Purchase of Feed/Fertilizer/Seed/Spray.......................................... $ 926.54
10. Rent................................................................................................. $ 108
11. Utilities............................................................................................ $ 0
12. Office Expense and Supplies........................................................... $ 108.76
13. Repairs and Maintenance................................................................ $ 398.08
14. Vehicle Expense.............................................................................. $ 865.02
15. Travel and Entertainment................................................................ $ 0
16. Equipment Rental and Leases......................................................... $ 168.55
17. Legal/Accounting/Other Professional Fees.................................... $ _____
18. Insurance:........................................................................................ $ 92.03
19. Employee Benefits (pension, medical, etc.)................................... $ _____
20. Payments to be made directly by the debtor to Secured Creditors by name:

   (Name)_____(monthly payment)                               $ _____
   (Name)_____(monthly payment)                               $ _____
   (Name)_____(monthly payment)                               $ _____
   (Name)_____(monthly payment)                               $ _____

21. Other (Specify) _____        .................................   $ _____
    Other (Specify) _____        .................................   $ _____
    Other (Specify) _____        .................................   $ _____
    Other (Specify) _____        .................................   $ _____
22. Total Monthly Expenses ................................................................. $ 2,710.59
23. Monthly Profit or (Loss) ................................................................. $ 3,109.01

08/25/2016 20:39    STAPLES    1579    PAGE 01

# FAX RX Result Report

MFP

FS-1128MFP

Firmware Version 2JN_2F00.024.005 2011.08.20

08/25/2016 20:13
[2H9_1000.006.001] [2H9_1100.001.003] [2H9_7000.001.011]

Job No.: 086645 Total Time: 0°00'47" Page: 001

# Complete

Document: doc20160825201258

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 08/25/16 20:12 | | 0°00'47" | FAX | OK | 200x100 Normal/Off |

# Business Checking
PNC Bank                                                                                                    **PNCBANK**

**For the period 07/01/2016 to 07/29/2016**                                 Primary account number: 90-1510-0216

Page 1 of 4

003857                                                                                             Number of enclosures: 0

VITKO'S LAWN SERVICE LLC
210 RIDGEWOOD RD
EASTON PA 18045-2517

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
for hearing impaired clients only

## Business Checking Summary

Account number: 90-1510-0216                                                                   Vitko's Lawn Service Llc
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 13,050.09 | 5,499.40 | 12,526.69 | 6,022.80 |
|  |  | Average ledger balance | Average collected balance |
|  |  | 11,268.44 | 11,223.71 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 5 | 5,499.40 |
| Total | 5 | 5,499.40 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 16 | 11,301.78 |
| ACH Deductions | 4 | 1,222.91 |
| Service Charges and Fees | 1 | 2.00 |
| Total | 21 | 12,526.69 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 07/01 | 11,779.42 | 07/15 | 12,166.34 | 07/25 | 8,279.55 |
| 07/05 | 11,148.03 | 07/19 | 13,571.34 | 07/27 | 7,794.41 |
| 07/06 | 11,333.53 | 07/20 | 12,888.32 | 07/29 | 6,022.80 |
| 07/08 | 11,173.53 | 07/21 | 12,784.82 | | |
| 07/11 | 12,536.23 | 07/22 | 12,035.32 | | |

PNDMLT01-JOB29893-N30-NNNNNN-002-005805

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 07/01/2016 to 07/29/2016**
VITKO'S LAWN SERVICE LLC
Primary account number: 90-1510-0218

Business Checking Account number: 90-1510-0216 - continued

Page 2 of 4

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/06 | 185.50 | Deposit | 049762050 |
| 07/11 | 1,502.70 | Deposit | 046711473 |
| 07/19 | 895.70 | Deposit | 056052078 |
| 07/19 | 509.30 | Deposit | 056052084 |
| 07/25 | 2,406.20 | Deposit | 047427967 |

### Checks and Other Deductions

#### Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 07/01 | 1099 | 702.25 | 050449414 | 07/27 | 1107 | 485.14 | 085686266 |
| 07/05 | 1053 | 40.00 | 086737319 | 07/08 | 1101 * | 160.00 | 085176669 | 07/22 | 1110 * | 245.00 | 049652232 |
| 07/05 | 1063 * | 75.00 | 086737312 | 07/11 | 1102 | 140.00 | 086406781 | 07/29 | 1111 | 319.61 | 083979202 |
| 07/29 | 1093 * | 200.00 | 048943858 | 07/15 | 1103 | 369.89 | 086380272 | 07/25 | 1112 | 317.29 | 084043735 |
| 07/05 | 1095 * | 80.00 | 086737911 | 07/22 | 1105 * | 504.50 | 089086998 | 07/29 | 1113 | 1,252.00 | 083250551 |
| 07/01 | 1098 * | 566.42 | 085469914 | 07/25 | 1106 | 5,844.68 | 083310917 | | | | |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/05 | 436.39 | Payment,E-Check Payment Verizon Wireless 1100 | 00016189007598221 |
| 07/20 | 683.02 | Corporate ACH Pastsaletx Commwlthofpa Inc 473924364 | 00016193011418148 |
| 07/21 | 89.22 | Corporate ACH Padliuccon Unemp Comp EFT | 00016202010982123 |
| 07/21 | 14.28 | Corporate ACH Usataxpymt IRS 220660392527470 | 00016203004518597 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 07/01 | 2.00 | Service Charge Period Ending 06/30/2016 | |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 08/01/2016 and will appear on your next statement as a single line item entitled Service Charge Period Ending 07/29/2016.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Paper Statement Fee | 1 | 2.00 | |
| Combined Transactions | 39 | .00 | Included in Account |
| ACH Debits | 4 | .00 | Included in Account |
| Checks Paid | 16 | .00 | Included in Account |



Details of Service continued on next page