IN RE: Debtor Name                §              CASE NO. XX-XXXXX

## CHAPTER 13 MONTHLY OPERATING REPORT FOR MONTH YEAR

Part A:

1. Gross Income for 12 Months Prior to Filing..................... $ _____

Part B:

2. Gross Income for Month .............................................. $ 7,034.55

Actual Monthly Expenses

3. Net Employee Payroll (Other than Debtor)................... $ 1,101.76
4. Payroll Taxes: ............................................................... $ 0
5. Unemployment Taxes.................................................... $ 0
6. Workers Compensation................................................. $ 104.00
7. Other Taxes.................................................................. $ 1,060.00
8. Inventory Purchases (including raw materials):............. $ 214.61
9. Purchase of Feed/Fertilizer/Seed/Spray........................ $ 0
10. Rent............................................................................ $ 108
11. Utilities....................................................................... $ 0
12. Office Expense and Supplies....................................... $ 0
13. Repairs and Maintenance ........................................... $ 176.40
14. Vehicle Expense.......................................................... $ 707.49
15. Travel and Entertainment............................................ $ 0
16. Equipment Rental and Leases..................................... $ 168.55
17. Legal/Accounting/Other Professional Fees................. $ 80.00
18. Insurance:.................................................................... $ 92.03
19. Employee Benefits (pension, medical, etc.)................. $ 0
20. Payments to be made directly by the debtor to Secured Creditors by name:

    (Name)_____(monthly payment)          $ _____
    (Name)_____(monthly payment)          $ _____
    (Name)_____(monthly payment)          $ _____
    (Name)_____(monthly payment)          $ _____

21. Other (Specify) _____ ..................... $ _____
    Other (Specify) _____ ..................... $ _____
    Other (Specify) _____ ..................... $ _____
    Other (Specify) _____ ..................... $ _____

22. Total Monthly Expenses ............................................. $ 3,812.84
23. Monthly Profit or (Loss) ............................................. $ 3,221.71

CHAPTER 13 MONTHLY OPERATING REPORT

# Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 09/01/2016 to 09/30/2016**
VITKO'S LAWN SERVICE LLC
Primary account number: 90-1510-0216
Page 2 of 4

Business Checking Account number: 90-1510-0216 - continued

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 7,215.74 | 7,034.55 | 5,891.50 | 8,358.79 |
| | | Average ledger balance | Average collected balance |
| | | 6,094.46 | 5,895.06 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 8 | 7,034.55 |
| Total | 8 | 7,034.55 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 13 | 5,531.28 |
| ACH Deductions | 1 | 358.22 |
| Service Charges and Fees | 1 | 2.00 |
| Total | 15 | 5,891.50 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 09/01 | 6,080.07 | 09/16 | 5,513.74 | 09/28 | 10,243.86 |
| 09/02 | 5,529.19 | 09/19 | 6,151.16 | 09/29 | 8,146.79 |
| 09/12 | 5,763.94 | 09/21 | 5,891.16 | 09/30 | 8,358.79 |
| 09/13 | 4,963.94 | 09/22 | 6,553.66 | | |
| 09/15 | 5,163.94 | 09/27 | 6,353.66 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/12 | 434.75 | Deposit | 046369122 |
| 09/15 | 200.00 | Deposit | 049632302 |
| 09/16 | 349.80 | Deposit | 047780526 |
| 09/19 | 1,115.70 | Deposit | 050712613 |
| 09/19 | 169.60 | Deposit | 048885065 |
| 09/22 | 662.50 | Deposit | 050035385 |
| 09/28 | 3,890.20 | Deposit | 049915656 |
| 09/30 | 212.00 | Deposit | 050050461 |

### Checks and Other Deductions

#### Checks and Substitute Checks   * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/01 | 1121 | 1,133.67 | 048695833 | 09/12 | 1125 | 100.00 | 083710870 | 09/21 | 1131 | 200.00 | 086274061 |
| 09/02 | 1122 | 550.88 | 086050580 | 09/12 | 1126 | 100.00 | 083710969 | 09/19 | 1132 | 97.00 | 084452066 |
| 09/13 | 1123 | 400.00 | 084656018 | 09/21 | 1127 | 30.00 | 085738478 | 09/27 | 1133 | 200.00 | 085212436 |
| 09/13 | 1124 | 400.00 | 084656019 | 09/19 | 1130 * | 30.00 | 085738476 | 09/29 | 1134 | 1,738.85 | 086807726 |
| | | | | | | 550.88 | 084166278 | | | | |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/29 | 358.22 | Payment, E-Check Payment Verizon Wireless 1135 | 00016272004845017 |



# Business Checking

![PNC BANK]

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 09/01/2016 to 09/30/2016**
VITKO'S LAWN SERVICE LLC
Primary account number: 90-1510-0216
Page 3 of 4

Business Checking Account number: 90-1510-0216 - continued

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/01 | 2.00 | Service Charge Period Ending 08/31/2016 | |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 10/03/2016 and will appear on your next statement as a single line item entitled Service Charge Period Ending 09/30/2016.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Paper Statement Fee | 1 | 2.00 | |
| ~~Combined Transactions~~ | ~~85~~ | ~~.00~~ | ~~Included in Account~~ |
| ACH Debits | 1 | .00 | Included in Account |
| Checks Paid | 13 | .00 | Included in Account |
| Deposited Item - Consolidated | 13 | .00 | Included in Account |
| Deposit Tickets Processed | 8 | .00 | Included in Account |
| Total For Services Used This Period | | 2.00 | |
| Total Service Charge | | 2.00 | |