UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                          :

MICHAEL JOHN VITKO
CHRISTAL R VITKO

                                                    : Bankruptcy No. 15-14842REF
            Debtor(s)                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Richard E. Fehling, B. J.

**Date: December 22, 2016**

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

MICHAEL J MCCRYSTAL ESQ
2355 OLD POST ROAD
SUITE 4
COPLAY PA 18037-

MICHAEL JOHN VITKO
CHRISTAL R VITKO
440 ARLINGTON STREET
EASTON,PA.18045