Michael J. McCrystal, Esquire
2355 Old Post Rd. STE. 4
Coplay, PA 18037
(610) 262-7873

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| Michael J. Vitko and<br>Christal R. Vitko<br>      Debtor. | Case No. 15-14842<br><br>Chapter 13 |

### *NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE*

Michael J. McCrystal, Attorney for the Movant, has filed a Motion to Reconsider Order of Dismissal.

***Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult an attorney.)***

1. If you do not want the Court to grant the relief sought in this motion or if you want the Court to consider your views on this Motion, then on or before January 14, 2017, you or your attorney must do ***all*** of the following:

    (A)    file an answer explaining your position at:

    Clerk, United States Bankruptcy Court for
    The Eastern District of Pennsylvania
    400 Washington Street, Third Floor
    The Madison Building
    Reading, PA 19601

If you mail your answer to the Clerk's Office for filing, you must mail early enough so that it will be received on or before the date stated above and

(B)   Mail a copy to the Movant's Attorney:

      Michael J. McCrystal, Esquire
      2355 Old Post Road, STE. 4
      Coplay, PA 18037
      (610) 262-7873
      (610) 262-2219 (facsimile)

(C)   Mail a copy to :

| Office of the United States Trustee | Frederick L. Reigle, Esquire |
|---|---|
| 833 Chestnut Street | 2901 St. Lawrence Avenue |
| Suite 500 | PO Box 4010 |
| Philadelphia, PA 19107 | Reading, PA 19606-4010 |

2.  If you or your attorney do not take the steps described in 1(A) and 1(B) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.  A hearing on the Motion is scheduled before the Honorable Richard E. Fehling on January 19, 2017 at 9:30 AM in Courtroom number 1, United States Bankruptcy Court for the Eastern District of Pennsylvania, 400 Washington Street, The Madison Building, Reading, PA 19606-4010

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you, if you request a copy from the attorney named in paragraph 1(B).

5.  You may contact the Bankruptcy Court Clerk's Office at 610 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

      Respectfully submitted,

      /s/ Michael J. McCrystal
      Michael J. McCrystal, Esquire