| | | |
|---|---|---|
| IN RE: Lawrence J. Majette | : | IN THE UNITED STATES |
| And Lorraine C. Majette | : | BANKRUPTCY COURT FOR THE |
| Debtors | : | EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 11-21490 |
| | : | Chapter 13 |

## CERTIFICATE OF SERVICE

I, Michael J. McCrystal, Esquire have this 29$^h$ day of December 2016, served upon the following named persons, Objection to Proof of Claim by United States Mail, Postage Prepaid and/or via ECF:

Frederick L. Reigle, Esquire
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606-4010

Office of the US Trustee
833 Chestnut Street
5th Floor
Philadelphia, PA 19107

Commonwealth of Pennsylvania
Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128

Respectfully Submitted,

/S/ Michael J. McCrystal

_____
Michael J. McCrystal, Esquire