IN RE: Debtor Name                §         CASE NO. XX-XXXXX

# CHAPTER 13 MONTHLY OPERATING REPORT FOR MONTH YEAR

Part A:
1. Gross Income for 12 Months Prior to Filing............................................... $ _____

Part B:
2. Gross Income for Month ........................................................................... $ 3,452.95

Actual Monthly Expenses
3. Net Employee Payroll (Other than Debtor)............................................... $ 0
4. Payroll Taxes: .......................................................................................... $ 998.15
5. Unemployment Taxes............................................................................... $ 0
6. Workers Compensation............................................................................ $ 104
7. Other Taxes.............................................................................................. $ 0
8. Inventory Purchases (including raw materials):....................................... $ 0
9. Purchase of Feed/Fertilizer/Seed/Spray................................................... $ 412.24
10. Rent........................................................................................................ $ 108
11. Utilities................................................................................................... $ 0
12. Office Expense and Supplies................................................................. $ 86.40
13. Repairs and Maintenance                                                              $ 905.63
14. Vehicle Expense..................................................................................... $ 1,042.79
15. Travel and Entertainment...................................................................... $ 0
16. Equipment Rental and Leases................................................................ $ 168.55
17. Legal/Accounting/Other Professional Fees............................................ $ 75
18. Insurance: ............................................................................................. $ 92.03
19. Employee Benefits (pension, medical, etc.).......................................... $ _____
20. Payments to be made directly by the debtor to Secured Creditors by name:

    (Name)_____(monthly payment)     $ _____
    (Name)_____(monthly payment)     $ _____
    (Name)_____(monthly payment)     $ _____
    (Name)_____(monthly payment)     $ _____

21. Other (Specify) _____ ............... $ _____
    Other (Specify) _____ ............... $ _____
    Other (Specify) _____ ............... $ _____
    Other (Specify) _____ ............... $ _____

22. Total Monthly Expenses ........................................................................ $ 3,887.79
23. Monthly Profit or (Loss) ........................................................................ $ (434.84)

CHAPTER 13 MONTHLY OPERATING REPORT

# Business Checking
PNC Bank 

**For the period 10/01/2016 to 10/31/2016**

003766
VITKO'S LAWN SERVICE LLC
210 RIDGEWOOD RD
EASTON PA 18045-2517

Primary account number: 90-1510-0216
Page 1 of 4
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at PNC.com/mybusiness/

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT ACCOUNT INFORMATION FOR YOUR BUSINESS CHECKING ACCOUNT

Effective December 4, 2016, PNC will automate the process for linking business credit card and Merchant Services accounts to your Business Checking account for consideration in waiving your Monthly Account Maintenance fee. Business credit card and Merchant Services accounts already linked to your Business Checking will be maintained.

-- Eligible business credit cards (up to 10) will be automatically linked to the business checking account using the same primary name and considering the following factors, in order of priority: a) the business checking account open the longest; and b) the business checking account with the lowest account number.
-- Eligible Merchant Services accounts (up to 10) will be automatically linked to the business checking account used as the settlement account.

If you have any questions or concerns about these changes, please contact your PNC Business Banker or call us at the Customer Care Center number listed above.

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT FOR SOLE PROPRIETORS

We may report information regarding your Account to credit bureaus. If the Account is jointly held, we may also report information to credit bureaus about any joint owner(s). Negative information, including closing of the Account with an overdrawn balance owed or other defaults on the Account, may be reflected in each joint owner's credit report.

Vitko's Lawn Service Llc

## Business Checking Summary
Account number: 90-1510-0216
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

11/26/2016 10:43                                    STAPLES    1579    PAGE 01



# Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 10/01/2016 to 10/31/2016**
VITKO'S LAWN SERVICE LLC
Primary account number: 90-1510-0216
Page 2 of 4

Business Checking Account number: 90-1510-0216 - continued

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 8,358.79 | 3,452.95 | 4,891.81 | 6,919.93 |
| | | Average ledger balance | Average collected balance |
| | | 8,789.15 | 8,733.98 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 5 | 3,452.95 |
| Total | 5 | 3,452.95 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 8 | 3,269.69 |
| ACH Deductions | 5 | 1,620.12 |
| Service Charges and Fees | 1 | 2.00 |
| Total | 14 | 4,891.81 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 10/01 | 8,358.79 | 10/17 | 10,662.04 | 10/25 | 8,531.26 |
| 10/03 | 8,356.79 | 10/20 | 9,658.93 | 10/27 | 8,722.06 |
| 10/11 | 9,423.94 | 10/21 | 9,458.93 | 10/28 | 7,297.23 |
| 10/13 | 9,193.94 | 10/24 | 8,650.07 | 10/31 | 6,919.93 |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/11 | 1,142.15 | Deposit | 050653211 |
| 10/17 | 1,468.10 | Deposit | 047485560 |
| 10/24 | 519.40 | Deposit | 046512472 |
| 10/24 | 132.50 | Deposit | 046777821 |
| 10/27 | 190.80 | Deposit | 046831722 |

## Checks and Other Deductions

### Checks and Substitute Checks   * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 10/13 | 1136 * | 230.00 | 084046090 | 10/28 | 1139 | 442.02 | 049007702 |
| 10/11 | 1104 | 75.00 | 050070348 | 10/21 | 1137 | 200.00 | 086108751 | 10/28 | 1141 * | 600.93 | 086125412 |
| 10/31 | 1129 * | 80.00 | 055262560 | 10/24 | 1138 | 1,441.74 | 086315413 | 10/31 | 1145 * | 200.00 | 085810347 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 10/20 | 1,003.11 | Corporate ACH Pastsaletx Commwlthofpa Int 473924364 | 00016288007299856 |
| 10/24 | 19.02 | Corporate ACH Usataxpymt IRS 220669811372750 | 00016298011103214 |
| 10/25 | 118.81 | Corporate ACH Padliuccon Unemp Comp EFT | 00016298012601085 |
| 10/28 | 381.88 | Payment,E-Check Payment Verizon Wireless 1146 | 00016301006702834 |

ACH Deductions continued on next page

