IN RE: Debtor Name                    §         CASE NO. XX-XXXXX

# CHAPTER 13 MONTHLY OPERATING REPORT FOR MONTH YEAR

Part A:

1. Gross Income for 12 Months Prior to Filing..................................... $ _____

Part B:

2. Gross Income for Month............................................................. $ 5,166.34

Actual Monthly Expenses

3. Net Employee Payroll (Other than Debtor)..................................... $ 0
4. Payroll Taxes:........................................................................... $ 0
5. Unemployment Taxes................................................................ $ 0
6. Workers Compensation.............................................................. $ 104
7. Other Taxes............................................................................. $ 0
8. Inventory Purchases (including raw materials):.............................. $ 0
9. Purchase of Feed/Fertilizer/Seed/Spray........................................ $ 0
10. Rent........................................................................................ $ 108
11. Utilities.................................................................................... $ 0
12. Office Expense and Supplies....................................................... $ 80.90
13. Repairs and Maintenance........................................................... $ 1,944.71
14. Vehicle Expense........................................................................ $ 671.27
15. Travel and Entertainment........................................................... $ 0
16. Equipment Rental and Leases..................................................... $ 168.55
17. Legal/Accounting/Other Professional Fees.................................... $ 0
18. Insurance:................................................................................ $ 92.03
19. Employee Benefits (pension, medical, etc.).................................. $ 0
20. Payments to be made directly by the debtor to Secured Creditors by name:

    (Name)_____(monthly payment)                                  $ _____
    (Name)_____(monthly payment)                                  $ _____
    (Name)_____(monthly payment)                                  $ _____
    (Name)_____(monthly payment)                                  $ _____

21. Other (Specify) _____                                            $ _____
    Other (Specify) _____                                            $ _____
    Other (Specify) _____                                            $ _____
    Other (Specify) _____                                            $ 3,169.46

22. Total Monthly Expenses ............................................................. $ 1,996.88
23. Monthly Profit or (Loss) .............................................................

CHAPTER 13 MONTHLY OPERATING REPORT

# Business Checking
PNC Bank



**For the period 11/01/2016 to 11/30/2016**

003823

VITKO'S LAWN SERVICE LLC
210 RIDGEWOOD RD
EASTON PA 18045-2517

Primary account number: 90-1510-0216
Page 1 of 4
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

🖥 Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT CHANGES TO FEES FOR BUSINESS CHECKING

The information below amends certain information in our "Business Checking Accounts and Related Charges" ("Schedule"). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

**Effective April 1, 2017**
> The Over the Counter Cash Furnished fee will be $2.50 per $1,000
> The Over the Counter Coin Furnished fee will be $0.15 per roll
> The Bulk Currency Furnished fee will be $2.50 per $1,000
> The Return Deposited Item Fee will be $15.00 per item

If you have questions or concerns about these changes, please contact your PNC Business Banker or call us at the number listed at the top of this statement.

## Business Checking Summary
Vitko's Lawn Service Llc

Account number: 90-1510-0216
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 6,919.93 | 5,166.34 | 5,752.93 | 6,333.34 |
|  |  | Average ledger balance | Average collected balance |
|  |  | 7,573.07 | 7,280.90 |

# Business Checking

🖥️ For 24-hour account information, sign on to
pnc.com/mybusiness/

Business Checking Account number: 90-1510-0216 - continued

**For the period 11/01/2016 to 11/30/2016**
VITKO'S LAWN SERVICE LLC
Primary account number: 90-1510-0216
Page 2 of 4

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 7 | 5,166.34 |
| Total | 7 | 5,166.34 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 9 | 5,750.9 |
| Service Charges and Fees | 1 | 2.0 |
| Total | 10 | 5,752.9 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 11/01 | 6,721.93 | 11/15 | 7,927.54 | 11/25 | 7,179.34 |
| 11/03 | 7,055.83 | 11/18 | 10,788.08 | 11/28 | 6,979.34 |
| 11/04 | 7,014.74 | 11/21 | 11,107.98 | 11/30 | 6,333.34 |
| 11/14 | 7,539.74 | 11/22 | 6,640.14 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/03 | 333.90 | Deposit | |
| 11/14 | 400.00 | Deposit | 05038233 |
| 11/14 | 125.00 | Deposit | 04850396 |
| 11/15 | 387.80 | Deposit | 04850390 |
| 11/18 | 2,860.54 | Deposit | 04737636 |
| 11/21 | 519.90 | Deposit | 04930090 |
| 11/25 | 539.20 | Deposit | 05211918 |
| | | | 04686942 |

### Checks and Other Deductions

#### Checks and Substitute Checks     * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/01 | 1140 | 75.00 | 052048373 | 11/01 | 1144 | 110.00 | 052048372 | 11/28 | 1150 | 200.00 | 085299231 |
| 11/04 | 1142 * | 41.09 | 086342058 | 11/21 | 1147 * | 200.00 | 085576379 | 11/30 | 1152 * | 646.00 | 086641451 |
| 11/01 | 1143 | 11.00 | 075402798 | 11/22 | 1148 | 570.00 | 086339016 | | | | |
| | | | | 11/22 | 1149 | 3,897.84 | 085732498 | | | | |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/01 | 2.00 | Service Charge Period Ending 10/31/2016 | |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 12/01/2016 and will appear on your next statement as a single line item entitled Service Charge Period Ending 11/30/2016.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Paper Statement Fee | 1 | 2.00 | |
| Combined Transactions | 33 | .00 | Included in Account |
| Checks Paid | 9 | .00 | Included in Account |

Details of Service continued on next page