Michael J. McCrystal, Esquire
2355 Old Post Rd. STE 4
Coplay, PA 18037
(610) 262-7873

Attorneys for Debtor

```
               IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
                          READING DIVISION
```

| | |
|---|---|
| In re:<br>　　Michael J. Vitko and<br>　　Christal R. Vitko<br><br>　　　　Debtor. | 15-14842<br><br>Praecipe to Withdraw<br>Objection to POC no. 6 |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly mark as withdrawn Objection to Proof of Claim no. 6 filed by the debtor on behalf of the debtors on the Date of December 29, 2016.

Dated: January 5, 2017

/s/ Michael J. McCrystal

By : _____
Michael J. McCrystal, Esquire
2355 Old Post Rd. STE 4
Coplay, PA 18037
(610) 262-7873

2355 Old Post Rd. STE 4                                    Withdrawal
Coplay, PA 18037
(610) 262-7873