| | | |
|---|---|---|
| IN RE:  Michael J. Vitko and | : | IN THE UNITED STATES |
| Christal R. Vitko | : | BANKRUPTCY COURT FOR THE |
| Debtors | : | EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | Case No. 15-14842-ref |

# NOTICE OF HEARING TO CONSIDER OBJECTION
# TO PROOF OF CLAIM
# NO. 6

**Debtor has filed an objection to the proof of claim filed by you in this bankruptcy case.**

**Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge, in Courtroom no. 1 at the United States Bankruptcy Court for Eastern District of Pennsylvania, Reading Division, 400 Washington Street, Third Floor, The Madison Building, Reading, PA 19601, on February 16, 2017 at 9:30 AM or as soon thereafter as counsel can be heard, to consider the Objection to Proof of Claim no. 6.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

The hearing scheduled herein may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

DATED: January 6, 2015          /s/ Michael J. McCrystal

_____
Michael J. McCrystal, Esquire
2355 Old Post Road, STE 4
Coplay, PA 18037
(610) 262-7873
Attorney for the Debtor/Objector