| | | |
|---|---|---|
| IN RE: Michael J. Vitko and | : | IN THE UNITED STATES |
| Christal R. Vitko | : | BANKRUPTCY COURT FOR |
| Debtors. | : | THE EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 15-14842-ref |
| | : | |

## CERTIFICATE OF NON-RESPONSE

I, Michael J. McCrystal, Esquire, hereby certify that as of this date, I have received no answer, objection or other responsive pleading to the Motion to Reconsider Dismissal of Case. The undersigned further certifies that he has reviewed the Court's Docket in this case and that no Answer, Objection or other responsive pleading appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than January 14, 2017.

It is hereby respectfully requested that the Order attached to the Motion to Reconsider Dismissal of Case be entered at the earliest convenience of the Court.

Dated: January 16, 2016

>Respectfully submitted,
>/S/Michael J. McCrystal
>
>_____
>Michael J. McCrystal, Esquire
>2355 Old Post Road, STE 4
>Coplay, PA 18037
>(610) 262-7873
>Attorney for the Debtor