Michael J. McCrystal, Esquire
2355 Old Post Rd. STE. 4
Coplay, PA 18037
(610) 262-7873

Attorneys for Debtor

| | | |
|---|---|---|
| IN RE: Michael J. Vitko | : | IN THE UNITED STATES |
| And Christal R. Vitko | : | BANKRUPTCY COURT FOR THE |
| Debtors | : | EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 4:16-bk-14842-REF |
| | : | Chapter 13 |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Michael J. McCrystal, Attorney for the Movant, has filed a Motion to Reinstate Dismissed Case.

*Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (if you do not have an attorney, you may wish to consult an attorney.)*

1. If you do not want the Court to grant the relief sought in this motion or if you want the Court to consider your views on this Motion, then on or before February 18, 2017, you or your attorney must do ***all*** of the following
   (A) file an answer explaining your position at:

   Clerk, United States Bankruptcy Court for
   The Eastern District of Pennsylvania
   400 Washington Street, Third Floor
   The Madison Building
   Reading, PA 19601

If you mail your answer to the Clerk's Office for filing, you must mail early enough so that it will be received on or before the date stated above and

(B)  Mail a copy to the Movant's Attorney:

   Michael J. McCrystal, Esquire
   2355 Old Post Road, STE. 4
   Coplay, PA 18037
   (610) 262-7873
   (610) 262-2219 (facsimile)

(C)  Mail a copy to :

   Office of the United States Trustee    Frederick L. Reigle, Esquire
   833 Chestnut Street                     2901 St. Lawrence Avenue
   Suite 500                                PO Box 4010
   Philadelphia, PA 19107                   Reading, PA 19606-4010

2. If you or your attorney do not take the steps described in 1(A) and 1(B) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled before the Honorable Richard E. Fehling on February 23, 2017 at 9:30 AM in Courtroom number 1, United States Bankruptcy Court for the Eastern District of Pennsylvania, 400 Washington Street, The Madison Building, Reading, PA 19606-4010

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you, if you request a copy from the attorney named in paragraph 1(B).

5. You may contact the Bankruptcy Court Clerk's Office at 610 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Respectfully submitted,

/s/ Michael J. McCrystal
Michael J. McCrystal, Esquire