| | | |
|---|---|---|
| IN RE: Michael J. Vitko and | : | IN THE UNITED STATES |
| Christal R. Vitko | : | BANKRUPTCY COURT FOR THE |
| Debtors | : | EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE NO. 15-14842 |
| | : | Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, Michael J. McCrystal, Esquire have this 27th day of January 2017, served upon the following named persons, Notice and Motion to Reinstate Case by United States Mail, Postage Prepaid and/or via ECF:

Frederick L. Reigle, Esquire
2901 St. Lawrence Avenue
PO Box 4010
Reading, PA 19606-4010

Office of the US Trustee
833 Chestnut Street
5th Floor
Philadelphia, PA 19107

Commonwealth of Pennsylvania
Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128

AES
PO Box 2461
Harrisburg, PA 17105

Allied Interstate
3000 Corporate Exchange Drive
Columbus, OH 43231

Ally Financial
PO Box 380901
Bloomington, MN 55438

American Express
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

Capital One
PO Box 30281
Salt Lake City, UT 84130

GEMB
PO Box 960061
Orlando, FL 32896

Chase
PO Box 24696
Columbus, OH 432245

Citi
PO Box 6241
Sioux Falls, SD 57117

Comenity Ban
Bankr. Dept.
PO Box 18125
Columbus, OH 43218

Credit First
PO Box 81344
Cleveland, OH 81344

Dept of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Discover Bank
PO Box 30943
Salt Lake City, UT 84130

ECAST
PO Box 29262
NY, NY 10087

Synchrony Bank
Attn..:Bankr. Dept
PO Box 965061
Orlando, FL 32896

GM Financial
PO Box 181145
Arlington, TX 76096

JC Penney
PO Box 965007
Orlando, FL 32896

Kohl's Dept. Store
PO Box 3115
Milwaukee, WI 53201

MET ED
PO Box 18001
Reading, PA 19612

Midland Funding LLC
PO Box 2011
Warren, MI 48090

Navy FCU
PO Box 3501
Merrifield, VA 22119

PHEAA
PO Box 8147
Harrisburg, PA 17128

PNC Bank
PO Box 3180
Pittsburgh, PA 15230

Portfolio Recovery Associates
120 Corporate Bvld. STE 100
Norfolk, VA 23502

Recovery Mgmt
23 SE 2nd Avenue, STE 1120
Miami, FL 33131

Sheffield Financial
PO Box 1847
Wilson, NC 27894

Respectfully Submitted,

/S/ Michael J. McCrystal

_____

Michael J. McCrystal, Esquire