V.1146  December 2016

IN RE: Debtor Name  §  CASE NO. XX-XXXXX

## CHAPTER 13 MONTHLY OPERATING REPORT FOR MONTH YEAR

Part A:
1. Gross Income for 12 Months Prior to Filing................................................. $ _____

Part B:
2. Gross Income for Month .................................................................... $ 9,796.14

Actual Monthly Expenses
3. Net Employee Payroll (Other than Debtor)................................................ $ 0
4. Payroll Taxes................................................................................... $ 0
5. Unemployment Taxes......................................................................... $ 0
6. Workers Compensation...................................................................... $ 104
7. Other Taxes..................................................................................... $ 0
8. Inventory Purchases (including raw materials)........................................... $ 429.30
9. Purchase of Feed/Fertilizer/Seed/Spray................................................... $ 619.66
10. Rent.............................................................................................. $ 108
11. Utilities.......................................................................................... $ 0
12. Office Expense and Supplies................................................................ $ 143.40
13. Repairs and Maintenance.................................................................... $ 3,032.51
14. Vehicle Expense................................................................................ $ 560.28
15. Travel and Entertainment.................................................................... $ 0
16. Equipment Rental and Leases............................................................... $ 168.55
17. Legal/Accounting/Other Professional Fees............................................... $ 0
18. Insurance........................................................................................ $ 92.03
19. Employee Benefits (pension, medical, etc.).............................................. $ 0
20. Payments to be made directly by the debtor to Secured Creditors by name:

    (Name)_____(monthly payment)   $ _____
    (Name)_____(monthly payment)   $ _____
    (Name)_____(monthly payment)   $ _____
    (Name)_____(monthly payment)   $ _____

21. Other (Specify) _____   $ _____
    Other (Specify) _____   $ _____
    Other (Specify) _____   $ _____
    Other (Specify) _____   $ 5,257.73
22. Total Monthly Expenses ...................................................................... $ 4,538.41
23. Monthly Profit or (Loss) ......................................................................

CHAPTER 13 MONTHLY OPERATING REPORT

**Business Checking**
PNC Bank

PNC BANK

**For the period 12/01/2016 to 12/30/2016**

006228


VITKO'S LAWN SERVICE LLC
210 RIDGEWOOD RD
EASTON PA 18045-2517

Primary account number: 90-1510-0216
Page 1 of 4
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## IMPORTANT CHANGES TO FEES FOR BUSINESS CHECKING

The information below amends certain information in our "Business Checking Accounts and Related Charges" ("Schedule"). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

**Effective April 1, 2017**
> The Over the Counter Cash Furnished fee will be $2.50 per $1,000
> The Over the Counter Coin Furnished fee will be $0.15 per roll
> The Bulk Currency Furnished fee will be $2.50 per $1,000
> The Return Deposited Item Fee will be $15.00 per item

If you have questions or concerns about these changes, please contact your PNC Business Banker or call us at the number listed at the top of this statement.

## Business Checking Summary

Account number: 90-1510-0216                                         Vitko's Lawn Service Llc
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 6,333.34 | 9,796.14 | 7,930.74 | 8,198.74 |
| | | Average ledger balance | Average collected balance |
| | | 9,458.98 | 9,208.61 |

# Business Checking

For 24-hour account information, sign on to pnc.com/mybusiness/

For the period **12/01/2016 to 12/30/2016**
VITKO'S LAWN SERVICE LLC
Primary account number: 90-1510-0216

Business Checking Account number: 90-1510-0216 - continued

Page 2 of 4

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 12 | 9,796.14 |
| Total | 12 | 9,796.14 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 6 | 7,561.86 |
| ACH Deductions | 1 | 366.88 |
| Service Charges and Fees | 1 | 2.00 |
| Total | 8 | 7,930.74 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 12/01 | 5,964.46 | 12/16 | 11,975.66 | 12/27 | 8,997.74 |
| 12/05 | 6,540.76 | 12/19 | 13,228.64 | 12/28 | 8,398.74 |
| 12/08 | 10,773.26 | 12/20 | 7,972.76 | 12/30 | 8,198.74 |
| 12/12 | 11,170.06 | 12/21 | 9,546.86 | | |
| 12/14 | 11,710.66 | 12/23 | 10,304.72 | | |

# Activity Detail

## Deposits and Other Additions

### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/05 | 576.30 | Deposit | 048706452 |
| 12/08 | 4,100.00 | Deposit | 048373809 |
| 12/08 | 132.50 | Deposit | 048373811 |
| 12/12 | 100.00 | Deposit | 050440452 |
| 12/12 | 296.80 | Deposit | 050366565 |
| 12/14 | 540.60 | Deposit | 047637740 |
| 12/16 | 265.00 | Deposit | 048345924 |
| 12/19 | 683.50 | Deposit | 047445591 |
| 12/19 | 569.48 | Deposit | 047445594 |
| 12/21 | 1,574.10 | Deposit | 046821129 |
| 12/23 | 720.80 | Deposit | 051228976 |
| 12/23 | 237.06 | Deposit | 050927105 |

## Checks and Other Deductions

### Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 12/27 | 1155 | 877.68 | 046476022 | 12/30 | 1158 | 200.00 | 086643397 |
| 12/23 | 1153 | 200.00 | 086518035 | 12/27 | 1156 | 429.30 | 046476023 | | | | |
| 12/20 | 1154 | 5,255.88 | 089796055 | 12/28 | 1157 | 599.00 | 049448761 | | | | |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/01 | 366.88 | Payment, E-Check Payment Verizon Wireless 1151 | 00016335010554413 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/01 | 2.00 | Service Charge Period Ending 11/30/2016 | |



01/26/2017 18:50   STAPLES 1579   PAGE 01