IN RE: Michael J. Vitko and    :    IN THE UNITED STATES

    Christal R. Vitko    :    BANKRUPTCY COURT FOR

    Debtors.    :    THE EASTERN DISTRICT OF

    :    PENNSYLVANIA

    :

    :    CASE NO. 15-14842-ref

    :

## CERTIFICATE OF NON-RESPONSE

    I, Michael J. McCrystal, Esquire, hereby certify that as of this date, I have received no answer, objection or other responsive pleading to the Motion to Reinstate Case. The undersigned further certifies that he has reviewed the Court's Docket in this case and that no Answer, Objection or other responsive pleading appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than February 20, 2017.

    It is hereby respectfully requested that the Order attached to the Motion to Reinstate Case be entered at the earliest convenience of the Court.

Dated: February 21, 2017

        Respectfully submitted,
        /S/Michael J. McCrystal
        _____

        Michael J. McCrystal, Esquire
        2355 Old Post Road, STE 4
        Coplay, PA 18037
        (610) 262-7873
        Attorney for the Debtor