Michael J. McCrystal, Esquire
2355 Old Post Rd. STE. 4
Coplay, PA 18037
(610) 262-7873

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| Michael J. Vitko and<br>Christal R. Vitko<br>　　　　Debtor. | Case No. 15-14842<br><br>Chapter 13<br><br>ORDER REINSTATING<br>DISMISSED CASE |

AND NOW, upon consideration of the Motion of the Debtor to Reconsider Order Closing Case and after notice and opportunity to be heard, it is ORDERED:

1.　　　　This Court's Order dated December 22, 2016, dismissing the case is vacated and the above captioned case is REINSTATED.

BY THE COURT:

**Date: February 22, 2017**

_____
Judge