UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            : Chapter 13

    MICHAEL JOHN VITKO         : Bankruptcy No. 15-14842REF
        and
    CHRISTAL R. VITKO          :

        Debtor(s)              :

## PRAECIPE

Kindly (re)schedule a Confirmation Hearing on <u>April 6, 2017</u> at 9:00 A.M. in the above-captioned matter, with notice to debtor(s), debtor's counsel, standing trustee and all creditors.

                                                    Respectfully submitted,

Date: March 9, 2017                */s/ Lisa M. Ciotti*
                                        Lisa M. Ciotti, Esq.
                                        for
                                        Frederick L. Reigle, Esq.,
                                        Chapter 13 Standing Trustee
                                        2901 St. Lawrence Avenue
                                        P. O. Box 4010
                                        Reading, PA 19606-0410
                                        Telephone: (610) 779-1313