United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-14842-ref
Michael John Vitko                                                    Chapter 13
Christal R Vitko
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: dlv              Page 1 of 2              Date Rcvd: Mar 10, 2017
                             Form ID: 152           Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2017.
```
db/jdb         +Michael John Vitko,    Christal R Vitko,    440 Arlington Street,    Easton, PA 18045-3702
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13559000       +AES,   P.O. Box 2461,    Harrisburg, PA 17105-2461
13559001       +Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7689
13559003       +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
13647731        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13647732        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13559004       +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13589012        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13621755        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13559006       +Chase,   P.O. Box 24696,    Columbus, OH 43224-0696
13559007       +Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
13559008       +Citi Cards,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
13559009        Comenity Bank Bankr. Dept,    PO Box 18125,    Columbus, OH 43218-2125
13559010       +Credit First, N.A.,    P.O. Box 81344,    Cleveland, OH 44188-0001
13632467       +Credit First/CFNA,    Po Box 818011,    Cleveland, OH 44181-8011
13559013       +GM Financial,    P.O. Box 181145,    Arlington, TX 76096-1145
13559016        Met-ED,    PO Box 18001,    Reading, PA 19612-6001
13589544       +Midland Credit Management,Inc,    as agent for MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
13687529       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
13563123       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13559018       +PNC Bank,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
13559019       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
13559023       +Vitko Landscaping And Lawn Maint LLC,    440 Arlington Street,    Easton, PA 18045-3702
13612046        eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Mar 10 2017 20:13:51      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2017 20:14:00      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 20:11:26      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13559002       +E-mail/Text: ally@ebn.phinsolutions.com Mar 10 2017 20:12:44      Ally Financial,
                 P.O. Box 380901,    Bloomington, MN 55438-0901
13563227        E-mail/Text: ally@ebn.phinsolutions.com Mar 10 2017 20:12:44      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
13559005       +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 20:11:26      Care Credit/GEMB,    PO Box 960061,
                 Orlando, FL 32896-0061
13732430       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2017 20:13:11      Commonwealth Of Pennsylvania,
                 Bureau Of Individual Taxes,    Dept 280511,    Harrisburg, PA 17128-0001
13559011        E-mail/Text: mrdiscen@discover.com Mar 10 2017 20:12:45      Discover,    P.O. Box 30943,
                 Salt Lake City, UT 84130
13749208       +E-mail/Text: cio.bncmail@irs.gov Mar 10 2017 20:12:50      Department of the Treasury,
                 Internal Revenue Service,    PO Box 7346,    Philadelphia, Pa 19101-7346
13564703        E-mail/Text: mrdiscen@discover.com Mar 10 2017 20:12:45      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13559012        E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 20:11:26      Gap Visa/Sync Bank,
                 PO Box 960017,    Orlando, FL 32896-0017
13559014       +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 20:16:48      JC Penney,    PO Box 965007,
                 Orlando, FL 32896-5007
13559015       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 10 2017 20:12:47      Kohl's Department Store,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
13567085       +E-mail/Text: ext_ebn_inbox@navyfederal.org Mar 10 2017 20:14:58      Navy Federal Credit Union,
                 PO Box 3000,    Merrifield, VA 22119-3000
13559017       +E-mail/Text: ext_ebn_inbox@navyfederal.org Mar 10 2017 20:14:58      Navy Federal Credit Union,
                 PO Box 3501,    Merrifield, VA 22119-3501
13559020        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2017 20:16:51
                 Portfolio Recovery Associates,    120 Corporate Boulevard, Suite 100,    Norfolk, VA 23502
13611574        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2017 20:16:50
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13568466       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2017 20:13:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13593548        E-mail/Text: bnc-quantum@quantum3group.com Mar 10 2017 20:12:55
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0313-4          User: dlv                 Page 2 of 2                  Date Rcvd: Mar 10, 2017
                              Form ID: 152              Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13566200        E-mail/PDF: rmscedi@recoverycorp.com Mar 10 2017 20:11:28
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13559021       +E-mail/Text: bankruptcy@bbandt.com Mar 10 2017 20:12:57       Sheffield Financial,
                 6010 Golding Center Drive,    Winston Salem, NC 27103-9815
13587479        E-mail/Text: bankruptcy@bbandt.com Mar 10 2017 20:12:57       Sheffield Financial,    PO Box 1847,
                 Wilson, NC  27894-1847
13559022        E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 20:11:10       Synchrony Bank,
                 Attn.: Bankr. Dept.,    PO Box 965061,   Orlando, FL  32896-5061
13651750        E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 20:11:11       Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 24

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13648321*       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
                                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael John Vitko mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              MICHAEL J. MCCRYSTAL    on behalf of Joint Debtor Christal R Vitko mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Michael John Vitko and Christal R Vitko

    Debtor(s)

Case No: 15−14842−ref

Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 4/6/17 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court