UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
MICHAEL JOHN VITKO
CHRISTAL R. VITKO,
      *Debtors*

:
:    Case No. 15-14842 REF
:    Chapter 13
:

## ORDER TO SHOW CAUSE WHY AMENDED OBJECTION TO CLAIM NUMBER 6 SHOULD NOT BE DISMISSED

Upon the failure of the Debtors to either withdraw or re-notice the amended objection to Proof Of Claim Number 6 (Commonwealth of Pennsylvania, Department of Revenue) filed on January 5, 2017 , (the "Objection"),

IT IS HEREBY ORDERED that movant shall show cause why the Objection should not be dismissed, which show cause hearing shall be held as follows:

**U.S. Bankruptcy Court - E.D. Pa.**
**Third Floor, The Madison**
**400 Washington Street**
**Reading, Pennsylvania, 19601**

on:    Thursday, April 13, 2017

at:    9:30 a.m. prevailing time.

BY THE COURT

3/22/17

_____
Richard E. Fehling,
United States Bankruptcy Judge