United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-14842-ref
Michael John Vitko                                                        Chapter 13
Christal R Vitko
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                  Page 1 of 1              Date Rcvd: Mar 22, 2017
                              Form ID: pdf900            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2017.
db/jdb         +Michael John Vitko,   Christal R Vitko,   440 Arlington Street,   Easton, PA 18045-3702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2017 01:33:41      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13732430       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2017 01:38:35      Commonwealth Of Pennsylvania,
                 Bureau Of Individual Taxes,   Dept 280511,   Harrisburg, PA 17128-0001
                                                                                                 TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL J. MCCRYSTAL    on behalf of Joint Debtor Christal R Vitko mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael John Vitko mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
MICHAEL JOHN VITKO
CHRISTAL R. VITKO,           :    Case No. 15-14842 REF
    *Debtors*           :    Chapter 13
               :

### ORDER TO SHOW CAUSE WHY AMENDED OBJECTION TO CLAIM NUMBER 6 SHOULD NOT BE DISMISSED

Upon the failure of the Debtors to either withdraw or re-notice the amended objection to Proof Of Claim Number 6 (Commonwealth of Pennsylvania, Department of Revenue) filed on January 5, 2017, (the "Objection"),

IT IS HEREBY ORDERED that movant shall show cause why the Objection should not be dismissed, which show cause hearing shall be held as follows:

**U.S. Bankruptcy Court - E.D. Pa.**
**Third Floor, The Madison**
**400 Washington Street**
**Reading, Pennsylvania, 19601**

on:    Thursday, April 13, 2017

at:    9:30 a.m. prevailing time.

BY THE COURT

3/22/17

_____
Richard E. Fehling,
United States Bankruptcy Judge