Feb 2017

IN RE: Debtor Name                §         CASE NO. XX-XXXXX

## CHAPTER 13 MONTHLY OPERATING REPORT FOR MONTH YEAR

Part A:

1. Gross Income for 12 Months Prior to Filing............................................. $ _____

Part B:

2. Gross Income for Month ..................................................................... $ 3,345.50

Actual Monthly Expenses

3. Net Employee Payroll (Other than Debtor)........................................... $ 0
4. Payroll Taxes:...................................................................................... $ 0
5. Unemployment Taxes........................................................................... $ 0
6. Workers Compensation........................................................................ $ 104
7. Other Taxes......................................................................................... $ 0
8. Inventory Purchases (including raw materials)..................................... $ 0
9. Purchase of Feed/Fertilizer/Seed/Spray............................................... $ 262.94
10. Rent.................................................................................................... $ 108
11. Utilities................................................................................................ $ 0
12. Office Expense and Supplies............................................................... $ 54.53
13. Repairs and Maintenance.................................................................... $ 836.18
14. Vehicle Expense.................................................................................. $ 494.35
15. Travel and Entertainment..................................................................... $ 0
16. Equipment Rental and Leases............................................................. $ 168.55
17. Legal/Accounting/Other Professional Fees......................................... $ 680
18. Insurance:........................................................................................... $ 92.03
19. Employee Benefits (pension, medical, etc.)........................................ $ _____
20. Payments to be made directly by the debtor to Secured Creditors by name:

    (Name)_____(monthly payment)        $ _____
    (Name)_____(monthly payment)        $ _____
    (Name)_____(monthly payment)        $ _____
    (Name)_____(monthly payment)        $ _____

21. Other (Specify) _____                              $ _____
    Other (Specify) _____                              $ _____
    Other (Specify) _____                              $ _____
    Other (Specify) _____                              $ _____

22. Total Monthly Expenses ..................................................................... $ 2,798.58
23. Monthly Profit or (Loss) ...................................................................... $ 546.92

CHAPTER 13 MONTHLY OPERATING REPORT

Business Checking

For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 02/01/2017 to 02/28/2017**
VITKO'S LAWN SERVICE LLC
Primary account number: 90-1510-0216
Page 2 of 4

you have questions or concerns about these changes, please contact your PNC Business Banker or call us at the number listed at the top of
is statement.

## Business Checking Summary

Vitko's Lawn Service Llc

ccount number: 90-1510-0216
verdraft Protection has not been established for this account.
lease contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 8,674.87 | 3,345.50 | 6,999.92 | 5,020.45 |
| | | | Average ledger balance | Average collected balance |
| | | | 7,718.38 | 7,655.52 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 6 | 3,345.50 |
| Total | 6 | 3,345.50 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 12 | 6,571.26 |
| ACH Deductions | 2 | 426.66 |
| Service Charges and Fees | 1 | 2.00 |
| Total | 15 | 6,999.92 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 02/01 | 7,696.84 | 02/14 | 9,638.34 | 02/23 | 6,469.71 |
| 02/02 | 7,859.34 | 02/16 | 8,734.34 | 02/24 | 5,020.45 |
| 02/06 | 7,909.34 | 02/21 | 8,609.71 | | |
| 02/08 | 8,570.34 | 02/22 | 6,609.71 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/02 | 162.50 | Deposit | 049938028 |
| 02/06 | 50.00 | Deposit | 046365895 |
| 02/08 | 1,260.00 | Deposit | 052548255 |
| 02/14 | 1,068.00 | Deposit | 046175755 |
| 02/21 | 75.00 | Deposit | 048562202 |
| 02/21 | 730.00 | Deposit | 047510448 |

### Checks and Other Deductions

#### Checks and Substitute Checks       * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 02/08 | 1178 * | 599.00 | 050509770 | 02/16 | 1180 | 305.00 | 084329920 |
| 02/01 | 1176 | 599.00 | 059850578 | 02/16 | 1179 | 599.00 | 052954964 | 02/21 | 1181 | 30.00 | 047893554 |

Checks paid continued on next page



# Business Checking

**PNC BANK**

📧 For 24-hour account information, sign on to
pnc.com/mybusiness/

For the period 02/01/2017 to 02/28/2017
VITKO'S LAWN SERVICE LLC
Primary account number: 90-1510-0216

Business Checking Account number: 90-1510-0216 - continued

Page 3 of 4

## Checks and Substitute Checks - continued    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/21 | 1182 | 650.00 | 047899555 | 02/23 | 1185 | 140.00 | 084351609 | 02/24 | 1188 | 200.00 | 085301074 |
| 02/21 | 1183 | 200.00 | 083005809 | 02/22 | 1186 | 1,000.00 | 051042196 | | | | |
| 02/24 | 1184 | 1,249.26 | 085147755 | 02/22 | 1187 | 1,000.00 | 046555300 | | | | |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 377.03 | Payment, E-Check Payment Verizon Wireless 1177 | 00017031012141319 |
| 02/21 | 49.63 | Corporate ACH Pastsaletx Commwlthofpa Int 473924364 | 00017047006826213 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 2.00 | Service Charge Period Ending 01/31/2017 | |

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 03/01/2017 and will appear on your next statement as a single line item entitled Service Charge Period Ending 02/28/2017.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Paper Statement Fee | 1 | 2.00 | |
| Combined Transactions | 29 | .00 | Included in Account |
| ACH Debits | 2 | .00 | Included in Account |
| Checks Paid | 12 | .00 | Included in Account |
| Deposited Item - Consolidated | 9 | .00 | Included in Account |
| Deposit Tickets Processed | 6 | .00 | Included in Account |
| Branch - Currency Furnished | 200 | .40 | |
| Total For Services Used This Period | | 2.40 | |
| Total Service Charge | | 2.40 | |

PNDMLT01-JOB12653-N30-NNNNNN-002-005670

03/23/2017 20:32    STAPLES    1579    PAGE 01