United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael John Vitko  
Christal R Vitko  
      Debtors

Case No. 15-14842-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Apr 27, 2017  
                  Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.  
db/jdb       +Michael John Vitko,   Christal R Vitko,   440 Arlington Street,   Easton, PA 18045-3702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2017 01:38:04     Synchrony Bank,  
      c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,  
      Miami, FL 33131-1605  
13732430     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 28 2017 12:44:30     Commonwealth Of Pennsylvania,  
      Bureau Of Individual Taxes,   Dept 280511,   Harrisburg, PA 17128-0001  
                                                                                                        TOTAL: 2

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:  
         FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JOSHUA ISAAC GOLDMAN   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         MICHAEL J. MCCRYSTAL   on behalf of Joint Debtor Christal R Vitko mccrystallaw@gmail.com, sueparalegal@gmail.com  
         MICHAEL J. MCCRYSTAL   on behalf of Debtor Michael John Vitko mccrystallaw@gmail.com, sueparalegal@gmail.com  
         THOMAS I. PULEO   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                          TOTAL: 7

| | |
|---|---|
| IN RE:  Michael J. Vitko and | : IN THE UNITED STATES |
| Christal R. Vitko | : BANKRUPTCY COURT FOR THE |
| Debtors | : EASTERN DISTRICT OF |
| | : PENNSYVLANIA |
| | : |
| | : Case No. 15-14842-ref |

ORDER REGARDING
OBJECTION TO PROOF OF CLAIM NO. 6

AND NOW, upon consideration of the Debtor's Objection to Proof of Claim no. 6 as filed by Michael and Christal Vitko upon response filed and after notice and opportunity to be heard, it is ORDERED:

1. Debtor's Objection to Proof of Claim no. 6 is sustained.

2. The claim of the Commonwealth of Pennsylvania, Department of Revenue shall be RECAST.

3. Within 14 days of this ORDER, Commonwealth of Pennsylvania Department of Revenue shall file the Recast debt in an Amended POC.

4/27/17

BY THE COURT:

_____
United States Bankruptcy Judge