**IN RE: Debtor Name** § **CASE NO. XX-XXXXX**

## CHAPTER 13 MONTHLY OPERATING REPORT FOR MONTH YEAR

Part A:

| Item | Amount |
|---|---|
| 1. Gross Income for 12 Months Prior to Filing | $ |

Part B:

| Item | Amount |
|---|---|
| 2. Gross Income for Month | $ 3,253.48 |
| **Actual Monthly Expenses** | |
| 3. Net Employee Payroll (Other than Debtor) | $ 0 |
| 4. Payroll Taxes: | $ 0 |
| 5. Unemployment Taxes | $ 0 |
| 6. Workers Compensation | $ 104 |
| 7. Other Taxes | $ 1.26.76 |
| 8. Inventory Purchases (including raw materials): | $ 0 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | $ 0 |
| 10. Rent | $ 108 |
| 11. Utilities | $ 0 |
| 12. Office Expense and Supplies | $ 202 |
| 13. Repairs and Maintenance | $ 1,066.73 |
| 14. Vehicle Expense | $ 503.47 |
| 15. Travel and Entertainment | $ 0 |
| 16. Equipment Rental and Leases | $ 168.55 |
| 17. Legal/Accounting/Other Professional Fees | $ 30 |
| 18. Insurance: | $ 92.03 |
| 19. Employee Benefits (pension, medical, etc.) | $ |
| 20. Payments to be made directly by the debtor to Secured Creditors by name: | |
| (Name)________________(monthly payment) | $ |
| (Name)________________(monthly payment) | $ |
| (Name)________________(monthly payment) | $ |
| (Name)________________(monthly payment) | $ |
| 21. Other (Specify) ________________ | $ |
| Other (Specify) ________________ | $ |
| Other (Specify) ________________ | $ |
| Other (Specify) ________________ | $ |
| 22. Total Monthly Expenses | $ 2,401.54 |
| 23. Monthly Profit or (Loss) | $ 851.94 |

04/26/2017 20:50 STAPLES 1579 PAGE 01

**Business Checking**
PNC Bank

PNC BANK

**For the period 03/01/2017 to 03/31/2017**

006293

VITKO'S LAWN SERVICE LLC
210 RIDGEWOOD RD
EASTON PA 18045-2517

Primary account number: 90-1510-0216
Page 1 of 3
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.

Write to: Customer Service
PO Box 609
Pittsburgh , PA 15230-9738

Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

## Business Checking Summary

Vitko's Lawn Service Llc

Account number: 90-1510-0216
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 5,020.45 | 3,253.48 | 6,252.15 | 2,021.78 |
| | | Average ledger balance | Average collected balance |
| | | 3,762.37 | 3,717.01 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 8 | 3,253.48 |
| Total | 8 | 3,253.48 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 8 | 5,467.86 |
| ACH Deductions | 2 | 781.89 |
| Service Charges and Fees | 1 | 2.40 |
| Total | 11 | 6,252.15 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 03/01 | 5,018.05 | 03/09 | 3,591.87 | 03/22 | 2,362.69 |
| 03/02 | 4,627.07 | 03/10 | 4,151.87 | 03/27 | 2,612.69 |
| 03/03 | 5,017.87 | 03/17 | 4,025.08 | 03/29 | 2,021.78 |
| 03/06 | 6,645.37 | 03/20 | 3,717.58 | | |
| 03/08 | 3,529.37 | 03/21 | 3,562.76 | | |

For 24-hour account information, sign on to pnc.com/mybusiness/

Business Checking Account number: 90-1510-0216 - continued

**For the period 03/01/2017 to 03/31/2017**
VITKO'S LAWN SERVICE LLC
Primary account number: 90-1510-0216

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/03 | 390.80 | Deposit | |
| 03/06 | 1,480.00 | Deposit | 0512662 |
| 03/06 | 147.50 | Deposit | 0491219 |
| 03/09 | 62.50 | Deposit | 0522814 |
| 03/10 | 560.00 | Deposit | 0496538 |
| 03/20 | 90.00 | Deposit | 05005606 |
| 03/21 | 272.68 | Deposit | 05495996 |
| 03/27 | 250.00 | Deposit | 04716103 |
| | | | 04856428 |

### Checks and Other Deductions

#### Checks and Substitute Checks

* Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/21 | 1190 | 30.00 | 085182946 | 03/08 | 1192 | 3,116.00 | 054238705 | 03/20 | 1195 | 397.50 | 054959973 |
| 03/17 | 1191 | 126.79 | 053977612 | 03/22 | 1193 | 200.00 | 086035781 | 03/22 | 1196 | 1,000.07 | 085635453 |
| | | | | 03/21 | 1194 | 397.50 | 050154148 | 03/29 | 1197 | 200.00 | 086332445 |

#### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/02 | 390.98 | Payment,E-Check Payment Verizon Wireless 1189 | 00017060008350982 |
| 03/29 | 390.91 | Payment,E-Check Payment Verizon Wireless 1198 | 00017087011289884 |

#### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/01 | 2.40 | Service Charge Period Ending 02/28/2017 | |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 04/03/2017 and will appear on your next statement as a single line item entitled Service Charge Period Ending 03/31/2017.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Paper Statement Fee | 1 | 2.00 | |
| Combined Transactions | 31 | .00 | Included in Account |
| ACH Debits | 2 | .00 | Included in Account |
| Checks Paid | 8 | .00 | Included in Account |
| Deposited Item - Consolidated | 13 | .00 | Included in Account |
| Deposit Tickets Processed | 8 | .00 | Included in Account |
| Total For Services Used This Period | | 2.00 | |
| Total Service Charge | | 2.00 | |