United States Bankruptcy Court
Eastern District of Pennsylvania

IN RE: | Case No. **4:15-bk-14842**

**Vitko, Michael John & Vitko, Christal R** | Chapter **13**
Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on **August 17, 2017**, a copy of **Notice and Motion for Professional Compensation** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

 

Respectfully submitted,
**Vitko, Michael John**

*/s/ Michael J. McCrystal, Esquire*
**Michael J. McCrystal, Esquire 55064**
**Michael J. McCrystal**
**McCrystal Law Offices**
**2355 Old Post Road, STE 4**
**Coplay, PA  18037**
**(610) 262-7873  Fax: (610) 262-2219**
**mccrystallaw@gmail.com**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Vitko, Michael John
440 Arlington Street
Easton, PA 18045

Vitko, Christal R
440 Arlington Street
Easton, PA 18045

AES
P.O. Box 2461
Harrisburg, PA 17105

Allied Interstate
3000 Corporate Exchange Drive
Columbus, OH 43231

Ally Financial
P.O. Box 380901
Bloomington, MN 55438

American Express
P.O. Box 981537
El Paso, TX 79998

Capital One
P.O. Box 30281
Salt Lake City, UT 84130

Care Credit/GEMB
PO Box 960061
Orlando, FL 32896

Chase
P.O. Box 24696
Columbus, OH 43224

Citi
P.O. Box 6241
Sioux Falls, SD 57117

Citi Cards
P.O. Box 6500
Sioux Falls, SD 57117

Comenity Bank Bankr. Dept
PO Box 18125
Columbus, OH 43218-2125

Commonwealth Of Pennsylvania
Bureau Of Individual Taxes
Dept 280511
Harrisburg, PA 17128

Credit First, N.A.
P.O. Box 81344
Cleveland, OH 44188

Discover
P.O. Box 30943
Salt Lake City, UT 84130

Gap Visa/Sync Bank
PO Box 960017
Orlando, FL 32896-0017

GM Financial
P.O. Box 181145
Arlington, TX 76096

JC Penney
PO Box 965007
Orlando, FL 32896

Kohl's Department Store
P.O. Box 3115
Milwaukee, WI 53201

Met-ED
PO Box 18001
Reading, PA 19612-6001

Navy Federal Credit Union
PO Box 3501
Merrifield, VA 22119

Palmer Twp.
Municipal Services
3 Weller Place
Palmer, PA 18045

PNC Bank
P.O. Box 3180
Pittsburgh, PA 15230

PNC Mortgage
3232 Newmark Drive
Miamisburg, OH 45342

Portfolio Recovery Associates
120 Corporate Boulevard, Suite 100
Norfolk, VA 23502

Sheffield Financial
6010 Golding Center Drive
Winston Salem, NC 27103

Synchrony Bank
Attn.: Bankr. Dept.
PO Box 965061
Orlando, FL 32896-5061

Vitko Landscaping And Lawn Maint LLC
440 Arlington Street
Easton, PA 18045

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only