### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | | |
|---|---|---|
| IN RE:  Michael J. Vitko and | : | CHAPTER 13 |
| Christal R. Vitko | : | |
| Debtor | : | |
| | : | case no. 15-14842-ref |
| | : | |

### *ORDER*

AND NOW, upon the certification of Michael J. McCrystal, Esquire, attorney for the debtors, of the legal work performed in the above proceeding and there being no objection thereto, IT IS ORDERED:

1. Michael J. McCrystal, Esquire is allowed a fee in the amount of three thousand seven hundred eight dollars and thirty three cents ($3,708.33) {less the sum of $1,200.00 already received} for services rendered as set forth in the FINAL Application for Approval of Professional Compensation.

2. Michael J. McCrystal, Esquire is allowed reimbursement for expenses in the amount of zero cents ($0.00).

3. A net claim is allowed in favor of Michael J. McCrystal, Esquire in the amount of two thousand five hundred eight dollars and thirty three cents ($2,508.33).

BY THE COURT:

**Date: September 11, 2017**

_____
USBJ