United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 15-14842-ref
Michael John Vitko                                                           Chapter 13
Christal R Vitko
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: dlv                    Page 1 of 1                 Date Rcvd: Sep 11, 2017
                                Form ID: pdf900              Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2017.
db/jdb         +Michael John Vitko,   Christal R Vitko,   440 Arlington Street,   Easton, PA 18045-3702
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Sep 12 2017 02:47:14      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2017 02:47:06
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 12 2017 02:47:18      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 02:47:56      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Michael John Vitko mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              MICHAEL J. MCCRYSTAL    on behalf of Joint Debtor Christal R Vitko mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 7

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE:  Michael J. Vitko and | : | CHAPTER 13 |
| Christal R. Vitko | : | |
| Debtor | : | |
| | : | case no. 15-14842-ref |
| | : | |

### *ORDER*

AND NOW, upon the certification of Michael J. McCrystal, Esquire, attorney for the debtors, of the legal work performed in the above proceeding and there being no objection thereto, IT IS ORDERED:

1. Michael J. McCrystal, Esquire is allowed a fee in the amount of three thousand seven hundred eight dollars and thirty three cents ($3,708.33) {less the sum of $1,200.00 already received} for services rendered as set forth in the FINAL Application for Approval of Professional Compensation.

2. Michael J. McCrystal, Esquire is allowed reimbursement for expenses in the amount of zero cents ($0.00).

3. A net claim is allowed in favor of Michael J. McCrystal, Esquire in the amount of two thousand five hundred eight dollars and thirty three cents ($2,508.33).

BY THE COURT:

**Date: September 11, 2017**

_____
USBJ