# ECMC

P.O. Box 64909, St. Paul, MN 55164-0909    P 651-221-0566    www.ecmc.org

May 07, 2019


Clerk of U.S. Bankruptcy Court
Eastern District of PA - Reading
Madison Building
400 Washington St.
Reading, PA 19601


RE: Vitko, Christal R.
SSN: XXX-XX-9985
BANKRUPTCY CASE#: 15-14842-REF

Dear Clerk:

Please withdraw this claim filed by Educational Credit Management
Corporation for Claim #26 in the amount of $17,329.27 on March
09, 2016. The debt has been paid in full. Thank you for your
cooperation in this matter.

If you have any further questions, you may contact me at (651)
221-0566 X 5280.

Sincerely,



/s/ Julie Lee
Operations Specialist
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408