Certificate Number: 05781-PAE-DE-034573918

Bankruptcy Case Number: 15-14842



05781-PAE-DE-034573918

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2020, at 6:52 o'clock PM PDT, Christal Vitko completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 17, 2020

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President