Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 15-14842-PMM**

MICHAEL JOHN VITKO  
CHRISTAL R VITKO  
440 ARLINGTON STREET  
EASTON  PA   18045

Petition Filed Date: 07/07/2015  
341 Hearing Date: 09/29/2015  
Confirmation Date: 08/24/2017

Case Status: Completed on 7/ 8/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $400.00 | | 02/05/2019 | $400.00 | | 03/07/2019 | $400.00 | |
| 04/03/2019 | $400.00 | | 05/06/2019 | $400.00 | | 06/07/2019 | $400.00 | |
| 07/11/2019 | $400.00 | | 08/05/2019 | $400.00 | | 09/13/2019 | $400.00 | Monthly Plan P |
| 10/15/2019 | $400.00 | | 11/14/2019 | $400.00 | | 12/17/2019 | $400.00 | |
| 01/13/2020 | $400.00 | | 02/19/2020 | $400.00 | | 03/19/2020 | $400.00 | |
| 04/17/2020 | $400.00 | | 05/21/2020 | $400.00 | | 06/15/2020 | $400.00 | |
| 07/08/2020 | $400.00 | | | | | | | |

**Total Receipts for the Period:  $7,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $18,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 22 | AMERICAN EXPRESS NATIONAL BANK  »» 022 | Unsecured Creditors | $5,140.62 | $301.53 | $4,839.09 |
| 23 | AMERICAN EXP CENTURION BANK  »» 023 | Unsecured Creditors | $2,245.12 | $131.69 | $2,113.43 |
| 24 | AMERICAN EXP CENTURION BANK  »» 024 | Unsecured Creditors | $1,824.96 | $107.08 | $1,717.88 |
| 9 | AMERICAN INFOSOURCE LP  »» 009 | Unsecured Creditors | $3,697.24 | $216.86 | $3,480.38 |
| 2 | ALLY FINANCIAL  »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | BECKET & LEE, LLP  »» 020 | Unsecured Creditors | $2,180.82 | $127.93 | $2,052.89 |
| 13 | QUANTUM3 GROUP LLC as agent for  »» 013 | Unsecured Creditors | $164.55 | $9.67 | $154.88 |
| 14 | QUANTUM3 GROUP LLC as agent for  »» 014 | Unsecured Creditors | $499.84 | $29.33 | $470.51 |
| 21 | CREDIT FIRST NA  »» 021 | Unsecured Creditors | $642.23 | $37.70 | $604.53 |
| 3 | DISCOVER BANK  »» 003 | Unsecured Creditors | $4,488.70 | $263.28 | $4,225.42 |
| 18 | ECAST SETTLEMENT CORPORATION  »» 018 | Unsecured Creditors | $11,713.89 | $687.13 | $11,026.76 |
| 26 | EDUCATIONAL CREDIT MGMT CORP  »» 026 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | UNITED STATES TREASURY (IRS)  »» 27P | Priority Crediors | $1,817.48 | $1,817.48 | $0.00 |

**Chapter 13 Case No. 15-14842-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 27 | UNITED STATES TREASURY (IRS)<br>»» 27U | Unsecured Creditors | $373.41 | $21.94 | $351.47 |
| 5 | MET-ED<br>»» 005 | Unsecured Creditors | $698.49 | $40.93 | $657.56 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 010 | Unsecured Creditors | $5,769.64 | $338.42 | $5,431.22 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $463.85 | $27.22 | $436.63 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 012 | Unsecured Creditors | $2,434.96 | $142.83 | $2,292.13 |
| 16 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 016 | Unsecured Creditors | $409.12 | $24.01 | $385.11 |
| 4 | NAVY FEDERAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $10,079.33 | $591.21 | $9,488.12 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 06P | Priority Crediors | $3,188.23 | $3,188.23 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 06U | Unsecured Creditors | $816.18 | $47.87 | $768.31 |
| 15 | PNC BANK NA<br>»» 015 | Mortgage Arrears | $4,887.31 | $4,887.31 | $0.00 |
| 1 | PNC BANK<br>»» 001 | Unsecured Creditors | $9,557.70 | $560.62 | $8,997.08 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $681.79 | $40.01 | $641.78 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $4,587.96 | $269.12 | $4,318.84 |
| 7 | SHEFFIELD FINANCIAL<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | SHEFFIELD FINANCIAL<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | SYNCHRONY BANK<br>»» 025 | Unsecured Creditors | $195.38 | $11.46 | $183.92 |
| 28 | McCRYSTAL LAW OFFICES<br>»» 028 | Attorney Fees | $2,508.33 | $2,508.33 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,000.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $16,429.19 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,570.81 | Total Plan Base: | $18,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.