United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael John Vitko  
Christal R Vitko  
    Debtors

Case No. 15-14842-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2    Date Rcvd: Sep 25, 2020  
                         Form ID: 3180W    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2020.
```
db/jdb         +Michael John Vitko,    Christal R Vitko,    440 Arlington Street,    Easton, PA 18045-3702
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13559016        Met-ED,    PO Box 18001,    Reading, PA 19612-6001
13563123       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13559019       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 26 2020 04:18:17     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13563227        EDI: GMACFS.COM Sep 26 2020 07:53:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
13647731        EDI: BECKLEE.COM Sep 26 2020 07:53:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13647732        EDI: BECKLEE.COM Sep 26 2020 07:53:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13589012        EDI: CAPITALONE.COM Sep 26 2020 07:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
13621755        EDI: BL-BECKET.COM Sep 26 2020 08:03:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13632467       +EDI: CRFRSTNA.COM Sep 26 2020 07:53:00      Credit First/CFNA,    Po Box 818011,
                 Cleveland, OH 44181-8011
13749208       +EDI: IRS.COM Sep 26 2020 07:53:00      Department of the Treasury,    Internal Revenue Service,
                 PO Box 7346,    Philadelphia, Pa 19101-7346
13564703        EDI: DISCOVER.COM Sep 26 2020 07:53:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
14060695        EDI: ECMC.COM Sep 26 2020 08:03:00      Educational Credit Management Corporation,
                 PO Box 16408,    St. Paul, MN 55116-0408
13589544       +EDI: MID8.COM Sep 26 2020 08:03:00      Midland Credit Management,Inc,
                 as agent for MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
13567085       +EDI: NFCU.COM Sep 26 2020 08:03:00      Navy Federal Credit Union,    PO Box 3000,
                 Merrifield, VA 22119-3000
13611574        EDI: PRA.COM Sep 26 2020 08:03:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13568466       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2020 04:17:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13593548        EDI: Q3G.COM Sep 26 2020 08:03:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
13587479        E-mail/Text: bankruptcy@bbandt.com Sep 26 2020 04:17:43      Sheffield Financial,    PO Box 1847,
                 Wilson, NC 27894-1847
13651750        EDI: RMSC.COM Sep 26 2020 07:53:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13612046        EDI: ECAST.COM Sep 26 2020 07:53:00      eCAST Settlement Corporation, assignee,
                 of Citibank, N.A.,    POB 29262,    New York, NY 10087-9262
                                                                                              TOTAL: 18
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13648321*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13969625      ##+Michael J. McCrystal, Esquire,    2355 Old Post Road,    Suite 4,    Coplay, PA 18037-2459
                                                                                               TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: admin              Page 2 of 2              Date Rcvd: Sep 25, 2020
                              Form ID: 3180W           Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
              JOSHUA I. GOLDMAN    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MICHAEL J. MCCRYSTAL     on behalf of Debtor Michael John Vitko mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              MICHAEL J. MCCRYSTAL     on behalf of Joint Debtor Christal R Vitko mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 8
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael John Vitko** | Social Security number or ITIN  xxx–xx–3179 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Christal R Vitko** | Social Security number or ITIN  xxx–xx–9985 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **15–14842–pmm** | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael John Vitko

Christal R Vitko
aka Christal R Bressette, aka Christal Rose Vitko

<u>9/24/20</u>

**By the court:**   <u>Patricia M. Mayer</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                                **Chapter 13 Discharge**                                page 2